UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Betty A. Johnson,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.
_____/

Case No. 13-11715

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MAY 30, 2014 REPORT AND RECOMMENDATION [21], OVERRULING PLAINTIFF'S OBJECTIONS [22], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [18], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [13]**

This matter came before the Court on the magistrate judge's May 30, 2014 report and recommendation on Plaintiff Betty Johnson's Social Security disability and disability insurance benefits judicial review appeal. (Dkt. 21.) The magistrate judge recommended that the Court find Plaintiff not entitled to disability and benefits. (*Id.*) Plaintiff has filed objections. (Dkt. 22.)

The Court has reviewed the objections de novo and finds no reason to depart from the magistrate judge's well-reasoned and thorough report and recommendation.

Being fully advised in the premises, having reviewed the pleadings, and having conducted a de novo review of Plaintiff's objections, the Court ACCEPTS and ADOPTS the magistrate judge's report and recommendation and therefore GRANTS Defendant's motion for summary judgment and DENIES Plaintiff's motion for summary judgment.

So ordered.

        s/Nancy G. Edmunds  
        Nancy G. Edmunds  
        United States District Judge

Dated:  July 8, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 8, 2014, by electronic and/or ordinary mail.

        s/Carol J. Bethel  
        Case Manager